**Order entered September 5, 2019**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal when the reporter's record, due November 18, 2018, was not filed and appellant asked for a hearing on trial exhibits that were purportedly lost or destroyed. On August 26, 2019, a supplemental clerk's record containing the trial court's August 16, 2019 "Order Accepting Replacement Exhibits" and the complete reporter's record were filed.

Appellant's brief is **DUE** September 27, 2019. *See* TEX. R. APP. P. 38.6(a).

We **DIRECT** the Clerk to send copies of this order to the Honorable Donna King, Presiding Judge, 26th Judicial District Court; and to counsel for the parties.

/s/    LANA MYERS
        JUSTICE